

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00234-CR

KENDRICK JOEL SANDERS, Appellant    §    On Appeal from the 485th District Court

                                    §    of Tarrant County (1700217)

V.                                  §    January 16, 2025

                                    §    Per Curiam Memorandum Opinion

THE STATE OF TEXAS                  §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM